UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONIQUE ARGE,

          Plaintiff,

      v.

CITY OF MONTEREY, et al.,

          Defendants.

Case No.  25-cv-09710-SVK

**ORDER VACATING ORDER AT DKT. 112**

**ORDER OF RECUSAL**

Pursuant to the Court's Order re Conflict Disclosure (Dkt. 113) and a Party's Notice of Objection (Dkt. 114), the Court's April 10, 2026 Order at Dkt. 108 is **VACATED**.

This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: April 16, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California